# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02079-RM-KMT

LISA BLAND,

    Plaintiff,

v.

MEMORIAL REGIONAL HEALTH F/K/A THE MEMORIAL HOSPITAL,

    Defendant.

## JOINT MOTION TO RE-OPEN

Plaintiff Lisa Bland and Defendant Memorial Regional Health f/k/a The Memorial Hospital, by and through their respective counsel, jointly move this Honorable Court to re-open the above-captioned case pursuant to F.R.Civ.P. 60(b)(6) and this Court's intrinsic authority over management of its docket.

The parties agreed to a mutually beneficial settlement of this matter in June 2018 and stipulated to dismiss this case with prejudice. *Dkt. No. 51, Stipulation for Dismissal dated June 22, 2018.* This Court accordingly ordered the case to be closed. *Dkt. No. 52, Minute Order directing closure dated June 25, 2018.*

Unfortunately, the parties have been unable to finalize settlement due to unanticipated factors beyond their control. The settlement terms require the parties to obtain certification from the Center for Medicare & Medicaid Services ("CMS") that Medicare's interest (if any) in

reimbursement from the settlement proceeds could be satisfied by the settlement funds. The parties have attempted to obtain this certification for more than a year, but CMS has refused to provide it, as fully explained in the Joint Motion for Declaratory Judgment and Hearing filed alongside this Motion. As a result, Ms. Bland has not yet received any settlement proceeds. The parties therefore seek the Court's assistance to complete the settlement and finally resolve their dispute.

This Court has the power to re-open this case under F.R.Civ.P. 60(b)(6), which permits it to relieve the parties from a final order for *"any [] reason that justifies relief."* Independently, this Court has the inherent power to manage cases on its docket in the interest of expeditious justice. *Wodiuk v. Graziano*, 2017 U.S. Dist. Lexis 86948 at *21, No. 14-CV-02931-WJM-CBS (D.Colo. June 6, 2017) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936)). Here, as detailed in the Joint Motion for Declaratory Judgment and Hearing, the parties have been unable to finalize settlement for more than a year due to CMS's failure to respond to multiple requests for certification from each party. The parties now believe that settlement under the terms of their agreement will be impossible unless this Court takes action. These circumstances amply justify re-opening this case for the limited purpose of effectuating a mutually agreeable settlement.

Accordingly, the parties jointly move this Court to re-open this case for the limited purpose of finalizing their settlement and reviewing their Joint Motion for Declaratory Judgment and Hearing.

Respectfully submitted this 29th day of July, 2019.

| | |
|---|---|
| *s/Diane S. King* | *s/Sheryl K. Bridges* |
| Diane S. King | Meghan E. Pound |
| KING & GREISEN, LLP | Sheryl K. Bridges |
| 1670 York Street | Caplan and Earnest LLC |
| Denver, CO 80206 | 1800 Broadway, Suite 200 |
| (303) 298-9878 | Boulder, CO 80302 |
| | (303) 443-8010 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2019, I electronically filed the foregoing **JOINT MOTION TO RE-OPEN** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Meghan E. Pound
Sheryl K. Bridges
1800 Broadway, Suite 200
Boulder, CO 80302
Phone: 303-443-8010
Facsimile: 303-440-3967
mpound@celaw.com
sbridges@celaw.com

Attorneys for Defendant

s/Rick VanWie
Rick VanWie, Paralegal
